**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO ESQUEDA,<br><br>      Plaintiff,<br><br>   v.<br><br>O'REILLY AUTOMOTIVE STORES, INC. d/b/a O'REILLY AUTO PARTS #3442; and DOES 1 through 10,<br><br>      Defendants. | Case No. 2:17-cv-01715-GW (MRWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: March 2, 2017<br>Trial Date: None Set |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: 12/27/17

_____
United States District Court Judge